## NOTICE OF ATTORNEY'S LIEN

TO:   Clerk, U. S. Bankruptcy Court
Eastern District of Virginia
Richmond Division
701 East Broad Street
Richmond, VA 23219-1888

Roy M. Terry, Jr., Liquidating Trustee
DuretteCrump, PLC
Bank of America Center, 16th Floor
1111 East Main Street
Richmond, Virginia 23219



Sandra S. Spain (a/k/a Sandra Stephenson Sprouse)
15250 Lebanon Road
Spring Grove, Virginia 23881

Jess Sprouse, Registered Agent
Treadegar Construction, L.L.C.
13101 North Enon Church Road
Chester, Virginia 23836

Thaddeus D. Williams
6006 Old Orchard Road
Richmond, Virginia 23227

Michelle B. Williams
6006 Old Orchard Road
Richmond, Virginia 23227

This is to advise you that pursuant to the provisions of §54.1-3932 of the Code of Virginia, 1950, as amended, I, as attorney for Sandra S. Spain (a/k/a Sandra Stephenson Sprouse), claim an attorney's lien of Forty-three Thousand Seven Hundred Twenty-two and 08/100 Dollars ($43,722.08) plus interest thereon at the rate of Twelve percent (12%) per annum from the 20th day of August, 2010 against the $102,352.35 deposited by the Clerk of the Circuit Court of the County of Prince George, Virginia on January 6, 2011 in the Registry of the Clerk of the United States Bankruptcy Court for the Eastern District of Virginia, Richmond Division, **to the credit of Adv. Proc. No 10-03117 [In re: Thaddeus D. Williams, Debtor (Case No: 09-36121-KRH – Chapter 13) / Sandra S. Spain and Treadegar Construction, LLC vs .Thaddeus D. Williams, et ux], (Receipt Number 110831).** Said funds were previously held by the Circuit Court of the County of Prince George, Virginia, to the credit of the action styled, "Sandra S. Spain as a Member and Manager of Treadegar Construction, L.L.C., *et al* vs. Thaddeus D, Williams, *et als*" (Case No. 2007-134).

Donald A. Stokes, Attorney-at-Law

*[signature]*

Donald A. Stokes, Esquire
200 East Broadway
Post Office Box 1603
Hopewell, Virginia 23860
(804) 458-9897 (Telephone)
(804) 458-6529 (Facsimile)
VSB #07402

## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of June, 2011, I mailed a true copy of the foregoing notice, postage prepaid to:

Clerk, U. S. Bankruptcy Court
Eastern District of Virginia
Richmond Division
701 East Broad Street
Richmond, VA  23219-1888

Roy M. Terry, Jr., Liquidating Trustee
DuretteCrump, PLC
Bank of America Center, 16th Floor
1111 East Main Street
Richmond, Virginia 23219

John C. Smith, Esquire
DurretteCrump PLC
Bank of America Center, 16th Floor
1111 East Main Street
Richmond, Virginia 23219

Sandra S. Spain (a/k/a Sandra Stephenson Sprouse)
15250 Lebanon Road
Spring Grove, Virginia 23881

Stefan M. Calos, Esquire
William A. Gray, Esquire
Sands Anderson PC
P. O. Box 1998
Richmond, Virginia  23218-1998

Jess Sprouse, Registered Agent
Treadegar Construction, L.L.C.
13101 North Enon Church Road
Chester, Virginia 23836

Thaddeus D. Williams
6006 Old Orchard Road
Richmond, Virginia 23227

Michelle B. Williams
6006 Old Orchard Road
Richmond, Virginia 23227

Janet Elizabeth Boyd
Janet E. Boyd, Attorney At Law, PLC
385 Garrisonville Road, Ste 203
Stafford, VA  22554

Robert B. Van Arsdale
Office of the U. S. Trustee
701 East Broad Street, Suite 4304
Richmond, VA  23219
Robert E. Hyman
P. O. Box 1780
Richmond, VA  23218-1780

Carl M. Bates
P. O. Box 1819
Richmond, V A  23218

_____
Donald A. Stokes, Esquire